IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE E. THORPE, TH.D., <br><br> Plaintiff, <br><br> v. <br><br> PITTSBURGH THEOLOGICAL SEMINARY, <br><br> Defendant. | 2:24-CV-01275-CCW |

# ORDER

For the reasons stated in the Court's Opinion filed contemporaneously herewith, IT IS HEREBY ORDERED that the Motion to Dismiss filed by Defendant Pittsburgh Theological Seminary, ECF No. 18, is **GRANTED**, and the First Amended Complaint, ECF No. 16, is **DISMISSED WITHOUT PREJUDICE**.

DATED this 18th day of June, 2025.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record